IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,              )
                                       )
              Plaintiff,               )
                                       )
vs.                                    )
                                       )   No. 25-CR- 30095-NJR-02
FRANCIS EVERSMAN,                      )
                                       )
              Defendant.               )

## STIPULATION OF FACTS

The United States of America, through Kevin F. Burke, Assistant U.S. Attorney for the Southern District of Illinois, enters into the following Stipulation of Facts with the Defendant, Francis Eversman, represented by his attorney, Jan Paul Miller, pertaining to the conduct of the Defendant charged in the Indictment in this case and the relevant conduct of the Defendant within the scope of U.S.S.G. § 1B1.3.

1.    The defendant was a Senior Loan Officer at Tempo Bank in Trenton, Illinois, within the Southern District of Illinois, such bank's deposits being insured by the Federal Deposit Insurance Corporation.

2.    Gregg Crawford, the brother-in-law of the defendant, was an officer in Main Street Developers, LLC and Mid America Contracting, Inc., both entities being construction companies located in the Southern District of Illinois.

3.    The defendant and Crawford entered into a scheme and conspiracy to commit bank fraud by obtaining loans from Tempo Bank under false and fraudulent pretenses, namely, the submission and approval of fraudulent loans for straw purchases and the diversion of loan proceeds

1

for purposes other than those promised in the loan applications.

4.    Beginning at least as early as November 2011, Crawford began recruiting straw purchasers to purchase property on the defendant's behalf. Many of the straw purchasers were financially disadvantaged in that they had poor credit scores, payment delinquencies, and incomes that would not support their mortgage loans. The defendant assured straw purchasers that bank loans in their names would improve their credit ratings.

5.    Crawford obtained appraisals on the straw-purchased properties based upon promises of future renovations and improvements to the subject properties.

6.    As a Senior Loan Officer at Tempo Bank, the defendant reviewed and approved 30 such fraudulent loans from in or about November 2011 to in or about March 2017.

7.    Crawford used some of the loan proceeds for purposes other than improvements and renovations to the subject properties. The defendant made the monthly payments to Tempo Bank on each of these loans. The defendant also paid the insurance and property taxes on the subject properties.

8.    Crawford paid off the straw purchasers with cash in exchange for the use of their name on the loan applications. The defendant also repurchased subject properties back from straw purchasers for no payment but assumed the loans.

9.    After the fraudulent nature of the of these loans was discovered, all loans were repaid in full to Tempo Bank.

10.    The Office of the Comptroller of the Currency (OCC) falls under the United States Department of the Treasury with duties that include the oversight of banks. In 2020, after the OCC began investigating suspicious loans authorized by the defendant, Crawford instructed a straw

purchaser to lie to investigators and say that the straw purchaser at the time of purchase had

intended to live in the subject property. Crawford then followed up with straw purchaser to verify

that the straw purchaser had lied to investigators as instructed.


SO STIPULATED:


_____
FRANCIS EVERSMAN
Defendant


_____
JAN PAUL MILLER
Attorney for Defendant


Date: ___5/2/2025___

_Kevin F. Burke_____
KEVIN F. BURKE
Assistant United States Attorney




Date: _May 20, 2025_____


3